IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| NATHANIEL EUGENE JONES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-037 |
| | ) | |
| R. BROWNING, Correctional Officer, USP Terre Haute; J. SHERMAN, Lieutenant, USP Terre Haute, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, an inmate at the United States Penitentiary in Terre Haute, Indiana, filed the above-captioned case in the Augusta Division of this Court even though all of the named defendants are located in Terre Haute, Vigo County, Indiana and all of the events in Plaintiff's complaint are alleged to have occurred in Vigo County, Indiana. (See doc no. 1, p. 4-6.) Because Vigo County is situated in the Southern District of Indiana, the proper venue for this action is the Terre Haute Division of the Southern District of Indiana, not the Southern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court may transfer the case to the court in which venue would be proper. 28 U.S.C. § 1406(a); see Goldlawr, Inc. v. Heiman, 369 U.S. 463, 467 (1962). Because it appears that the case should have been filed in the Southern District of Indiana, transfer to that District is appropriate.

Therefore, the Court hereby **ORDERS** that the above-captioned case be **TRANSFERRED** to the United States District Court for the Southern District of Indiana, Terre Haute Division, for further consideration. The Court also **DIRECTS** the Clerk to forward the file to that district.

SO ORDERED this 12th day of March, 2015, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA